NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 14a0010n.06

Case No. 13-1195

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| STEVEN WILLIAMS, JR., | ) | |
| | ) | |
| Petitioner-Appellant, | ) | |
| | ) | ON APPEAL FROM THE UNITED |
| v. | ) | STATES DISTRICT COURT FOR |
| | ) | THE EASTERN DISTRICT OF |
| NICK J. LUDWICK, | ) | MICHIGAN |
| | ) | |
| Respondent-Appellee. | ) | |
| | ) | |
| _____/ | ) | |

**Before: GUY, GIBBONS, ROGERS, Circuit Judges.**

**PER CURIAM.** Petitioner, Steven Williams, appeals the district court's denial of his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 concerning his claim that the state court unreasonably applied federal law to his claim of ineffective assistance of counsel. Because the district court issued a thorough written opinion which correctly stated the governing law and facts of the case, and because issuance of a full opinion would be both duplicative and serve no jurisprudential purpose, we AFFIRM the judgment on the basis of the district court's opinion entered on January 15, 2013. *Williams v. Ludwick*, No. 09-13558, 2013 WL 153321 (E.D. Mich. Jan. 15, 2013).

**AFFIRMED.**